UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SOLOMON J. VERDIN, JR.**     CIVIL ACTION

**VERSUS**     NUMBER: 22-4513

**TIMOTHY SOIGNET, ET AL.**     SECTION: "I"(5)

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation[1], and the objection[2] by plaintiff, Solomon J. Verdin, Jr., which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) for Failure to State a Claim[3] filed by Defendant Richard Pete Neal is **GRANTED**, and Plaintiff's claims against Defendant Richard Pete Neal are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of June, 2023.

                       LANCE M. AFRICK
                   UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 26
[2] Rec. Doc. No. 30
[3] Rec. Doc. No. 17